No. 533. EGRY REGISTER COMPANY *v.* STANDARD REGISTER COMPANY. October 25, 1920. Petition for a writ of

certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. A. Toulmin* and *Mr. H. A. Toulmin, Jr.*, for petitioner. *Mr. Alfred M. Allen* for respondent.